United States District Court
Southern District of Texas

**ENTERED**
December 06, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAMERON INTERNATIONAL CORPORATION, § § § | |
| Plaintiff, § | |
| v. § § | Cause No. 4:16-cv-2117 |
| STEVEN ABBISS, § § | |
| Defendant. § | |

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

It is hereby **ORDERED** that the above-entitled cause is hereby dismissed with prejudice, with each party to bear its own costs.

Signed at Houston, Texas this  6th  day of **December, 2016.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE